# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# NEWARK DIVISION

| | |
|---|---|
| WALTER WURSTER,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>Defendant. | Case No. 2:25-cv-01577<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT, TRANS UNION, LLC** |

**NOTICE IS HEREBY GIVEN** that Plaintiff WALTER WURSTER ("Plaintiff") and Defendant TRANS UNION, LLC ("TRANS UNION" or "Defendant") have reached settlement in the above-captioned action. The plaintiff expects to file a Notice of Dismissal as to TRANS UNION once settlement documents have been exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete settlement documents and notify this honorable Court of dismissal.

RESPECTFULLY SUBMITTED,

Dated: March 27, 2025    By:    */s/ Christopher Higgins*
Christopher Higgins
**Gator Law, P.C.**
2 N. Central Avenue, Suite 1800
Phoenix, AZ 85004
T: (385) 324-5471
E: attorneys@gatorlawpc.com

Attorneys for Plaintiff,
WALTER WURSTER

1

**NOTICE OF SETTLEMENT AS TO DEFENDANT, TRANS UNION, LLC**

# CERTIFICATE OF SERVICE

I certify that on March 27, 2025, I served Plaintiff WALTER WURSTER's Notice of Settlement using the CM/ECF system, which will provide an auto-generated notice to all counsel of record.

By: */s/ Christopher Higgins*
Christopher Higgins
**Gator Law, P.C.**
2 N. Central Avenue, Suite 1800
Phoenix, AZ 85004
T: (385) 324-5471
E: attorneys@gatorlawpc.com

Attorneys for Plaintiff,
WALTER WURSTER